# EXHIBIT A



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Indianapolis District Office

101 West Ohio Street, Suite 1900
Indianapolis, IN 46204-4203
(317) 226-7212
TTY (317) 226-5162
FAX (317) 226-7953 & 5571

JAN 1 0 2012

Emily Herx

Charge Numbers: 470-2012-00393 &
470-2012-00230

Charging Party

St. Vincent de Paul School &
Diocese of Fort Wayne - South Bend
915 South Clinton
Fort Wayne, IN 46801

Respondent

### Determination

Under the authority vested in me by the Commission's Procedural Regulations, I issue, on behalf of the Commission, the following determination as to the merits of the subject charge.

All requirements for coverage have been met. Charging Party alleges that her employment was terminated for using fertility treatments in violation of Title VII of the Civil Rights Act, as amended (Title VII) and the Americans with Disabilities Act, as amended (ADAAA).

Evidence obtained during the investigation shows that Respondent did terminate Charging Party's employment in violation of Title VII and the ADAAA. Further evidence indicates that Respondent's policy denying employees recourse to government agencies regarding employment disputes is contrary to the anti-retaliation laws enforced by the Commission. No finding is made as to any other issues that might be construed as having been raised by this charge.

This determination does not conclude the processing of this charge. The commission will begin conciliation efforts to resolve all matters where there is reason to believe that a violation has occurred.

Upon finding that there is reason to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, the Commission now invites the parties to join with it in reaching a just resolution of

this matter. The confidentiality provisions of Sections 706 and 709 of Title VII, the confidentiality provisions of section 107 of the ADAAA, and Commission regulations apply to information obtained during conciliation.

If the Respondent declines to discuss settlement or when, for any other reason, a settlement acceptable to the office Director is not obtained, the Director will inform the parties and advise them of the court enforcement alternatives available to aggrieved persons and the Commission. A Commission representative will contact each party in the near future to begin conciliaiton.

On Behalf of the Commission:

*Webster N. Smith*
Webster N. Smith
District Director