UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| EMILY HERX, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) CAUSE NO. 1:12-CV-122-RLM-RBC |
| V. | ) |
| | ) |
| DIOCESE OF FORT WAYNE- | ) |
| SOUTH BEND INC. AND ST.VINCENT | ) |
| DE PAUL SCHOOL, | ) |
| | ) |
| DEFENDANTS. | ) |

**AMERICAN CIVIL LIBERTIES UNION'S MOTION TO FILE BRIEF AS *AMICUS CURIAE* IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS DISMISSING PLAINTIFF'S COMPLAINT**

The American Civil Liberties Union (ACLU) respectfully moves the Court for leave to file a brief as *amicus curiae* in opposition to Defendants' motion for judgment on the pleadings dismissing Plaintiff's complaint.

1.  The ACLU is a nonprofit, nonpartisan organization with over 500,000 members dedicated to defending the Constitution's fundamental principles and the nation's civil rights laws.

2.  The ACLU is well-positioned to submit an *amicus* brief in this case. The ACLU deeply values both the right to free exercise of religion and efforts to eradicate discrimination and promote equality. Because of these commitments, the ACLU has an interest in ensuring that all employees in the country are protected from discrimination on the basis of sex or disability, including those employed by religiously affiliated entities.

1

3. The proposed brief would aid this Court by providing a historical context for this case, including the long line of cases that have rejected the use of religion to discriminate against others.

4. The ACLU acknowledges that there is no specific provision in the rules allowing amicus briefs to be filed in this Court. However, several cases from the Seventh Circuit recognize that *amicus* briefs have been filed at the district court level. *See, e.g., Wisconsin v. Stockbridge-Munsee Community*, 554 F.3d 657, 661-62 (7th Cir. 2009); *Burlington N. and Santa Fe Ry. Co. v. Doyle*, 186 F.3d 790, 793 n.2 (7th Cir. 1999); *Ragsdale v. Turnock*, 941 F.2d 501, 503 (7th Cir. 1991); *U. S. v. Bd. of Sch. Com'rs of City of Indianapolis, Ind.*, 503 F.2d 68, 73 (7th Cir. 1974).

5. If this motion is granted, the ACLU will file the brief attached hereto as Exhibit 1.

WHEREFORE, the ACLU respectfully moves the Court for leave to file a brief in opposition to Defendants' motion for judgment on the pleadings dismissing Plaintiff's complaint and asks the Court to direct the Clerk to file the proposed brief, attached as Exhibit 1, and enter it into the docket in this matter.

Respectfully submitted,

/s/ Jennifer K. Lee

Jennifer K. Lee
Bar No.: NY 4876272
Brigitte Amiri*
Ariela Migdal*
Daniel Mach*
* *pro hac vice forthcoming*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2601
Facsimile: (212) 549-2651
Email: jlee@aclu.org

*Counsel for Amicus Curiae*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically on the 17th day of September, 2012. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system, who may access this filing through the Court's system:

Scott Hall, Esq.
Hall & Gooden LLP
810 South Calhoun Street, Suite 100
Fort Wayne, IN 46802
shall@hallgooden.com

John C. Theisen, Esq.
Theisen Bowers & Associates, LLC
810 South Calhoun Street, Suite 200
Fort Wayne, IN 46802
jtheisen@tbalawyers.com

Kathleen A. DeLaney, Esq.
Sarah Elizabeth Caldwell, Esq.
DeLaney & DeLaney LLC
3646 Washington Blvd.
Indianapolis, IN 46205
kathleen@delaneylaw.net
scaldwell@delaneylaw.net

                                                             /s/ Jennifer K. Lee
                                                                  Jennifer K. Lee