UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| EMILY HERX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO.: 1:12-cv-122-RLM-RBC |
| v. | ) |
| | ) |
| DIOCESE OF FORT WAYNE- | ) |
| SOUTH BEND INC. AND ST.VINCENT | ) |
| DE PAUL SCHOOL, | ) |
| | ) |
| Defendants. | ) |

**BRIEF OF AMICUS CURIAE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

**Interest of the *Amicus Curiae***

*Amicus curiae*, the American Society for Reproductive Medicine ("ASRM") is a non-profit, multidisciplinary organization with members in all 50 states and more than 100 countries worldwide. ASRM was founded in 1944 and is dedicated to the advancement of the art, science, and practice of reproductive medicine. It is the specialty society for physicians and other professionals who focus on infertility, including obstetrician/gynecologists, urologists, reproductive endocrinologists, embryologists, mental health professionals, internists, nurses, practice administrators, laboratory technicians, pediatricians, research scientists, and veterinarians. ASRM members pioneered many of the standard procedures used by fertility specialists today, including *in vitro* fertilization ("IVF").

ASRM provides multidisciplinary research, education, and advocacy, and sets practice and ethical standards in the field of reproductive medicine. Much of this work is contained in material published in the ASRM journal, *Fertility and Sterility*, and on the organization's website (www.asrm.org). ASRM's affiliate organization, the Society for Assisted Reproductive Technology ("SART"), is the member organization for approximately 85 percent of the more than 400 fertility clinics in the U.S., ten of which are located here in Indiana according to the latest federal data (2009). SART sets and enforces strict quality and reporting standards for these clinics, and works closely with the federal Centers for Disease Control and Prevention ("CDC") to make detailed annual reports concerning success rates and other key fertility clinic data. This reporting is mandated by the Fertility Clinic Success Rate and Certification Act of 1992 (the "Wyden Act"), 42 § U.S.C. 263a-1, *et seq*.

ASRM regularly testifies on reproductive health issues before Congress and federal agencies, and is active before state legislatures as well. ASRM also has become involved in judicial proceedings as *amicus curiae* to address the many complex legal, technical, and ethical issues that can arise with assisted reproductive technology ("ART") or reproductive health in general.

ASRM's *amicus* interest in this case is twofold:

*First*, ASRM believes it can aid the Court's understanding of the subject matter of this lawsuit, so that its decisions are fully informed when it comes to the IVF procedures that allegedly were the basis for the Plaintiff's termination by the Defendants. In this connection, ASRM notes Ms. Herx's allegation that the Diocese acted without full and

accurate information about the fertility treatment she was receiving. Complt. [Dkt. 1] ¶¶ 22, 29.

*Second*, as an organization of thousands of people who have dedicated their professional lives to reproductive health, ASRM has a powerful interest in advocating against barriers to safe, effective, and well-established fertility care, including IVF. That interest is especially pronounced here, given the chilling effect that enforcement of Defendants' purported right to terminate employees for seeking IVF treatment would have on a potentially huge patient base – namely, the substantial percentage of those who suffer from infertility among the roughly one million people employed by Catholic institutions in the United States. The legal or philosophical merit of the Defendants' position in this particular case is for others to debate. ASRM weighs in here instead to show how radical the position is from the medical perspective, in terms of its impact on access to mainstream health care.

ASRM therefore joins the Plaintiff, Ms. Herx, in urging that Defendants' motion for judgment on the pleadings be denied, and that the parties' claims and defenses instead be evaluated upon a complete factual record, with due regard not only for Ms. Herx's rights, but also for the health of the many other employees of Catholic institutions who find themselves in need of fertility care.

    **I.**    **Infertility Is A Significant U.S. Health Problem.**

Infertility is usually defined as the inability to achieve pregnancy after one year of unprotected intercourse. It is a very significant medical problem, affecting about 7.3 million women and their partners, or about one out of every eight couples of reproductive age. Anna Stolley Persky, *Reproductive Technology and the Law*, Washington Lawyer,

3

at 23 (July/Aug. 2012); ASRM, *Oversight of Assisted Reproductive Technology*, at 4 (2010) (available on the ASRM website); RESOLVE: The National Infertility Association, *Fast Facts About Fertility*, http://www.resolve.org/about/fast-facts-about-fertility.html/.  For rough comparison, in percentage terms, this rate (about 12%) represents more reproductive-age Americans than were diagnosed in 2011 with heart attack (1%), cancer (2.6%), diabetes (5.3%), and asthma (11.1%).  Gallup, *Key Chronic Diseases Decline in U.S.* (Jan. 20, 2012), http://www.gallup.com/poll/152108/key-chronic-diseases-decline.aspx?version=print (chart of chronic conditions surveyed among 30- to 44-year-olds, by year).  Data from the 2002 National Survey of Family Growth shows that about two percent of reproductive age women had an infertility-related medical appointment in the previous year, and that an additional ten percent (which translates to over six million of the 62 million reproductive-age women in the U.S.) had received infertility services at some point in their lives.  U.S. Dep't. of Health & Human Services, Centers for Disease Control and Prevention, *2009 Assisted Reproductive Technology Success Rates, National Summary and Fertility Clinic Reports*, at 3 (Nov. 2011) (hereafter, "2009 CDC Report").

In normal conception, the woman's ovary releases an egg, which is picked up by the fallopian tube and fertilized there by the man's sperm, which has traveled through the vagina, into the uterus, and up into the fallopian tube. The fertilized egg, or embryo, then travels down the fallopian tube into the uterus, where it implants in the uterine lining and develops. A problem in any part of this process can cause infertility, whether it is a difficulty with ovulation; blocked or otherwise non-functioning fallopian tubes; problems with the peritoneum (the lining of the organs in the woman's pelvis and abdomen), such

as scar tissue or endometriosis (where tissue that lines the uterus begins to grow outside the uterus); problems with the amount, volume, or morphology (appearance and shape) of the sperm; a combination of these factors; or, in some cases, causes that cannot be identified. ASRM, *Infertility: An Overview* (2012) (available on the ASRM website).

The incidence of infertility has grown over the years, in part because, for various reasons such as education, career, or economic pressures, women are waiting longer to have children. Indeed, the proportion of first births among U.S. women aged 30 or older was 5 percent in 1975 and grew to 26 percent just 35 years later in 2010. Persky, at 25. The change is significant because a woman's fertility declines rapidly starting in her mid-30s, as the number and quality of eggs remaining in her ovaries declines. ASRM, *Infertility: An Overview*, at 9-10.

Most of us know at least one couple who has struggled with infertility at some point, and through them we have a sense of the great emotional stress that the condition imposes even if we have not experienced it ourselves. It is very common to experience depression and feelings of frustration, anger, and jealousy that can undermine the emotional health of each person in the relationship as well as the stability of the relationship itself. Making matters worse, the subject is so personal and sensitive that it is can be difficult for the people affected to confide in and get adequate support from their family and friends.[1]

---

[1] *See generally* ASRM, *Infertility: An Overview*, at 3-4; ASRM, *Assisted Reproductive Technologies: A Guide for Patients*, at 17-18 (2011) (available on the ASRM website); RESOLVE: The National Infertility Association, *Emotional Aspects of Infertility* and *Becoming a Couple Again*, http://www.resolve.org/support-and-services/managing-infertility-stress/emotional aspects.html/ and http://www.resolve.org/support-and-services/you-and-your-partner/becoming-a-couple-again.html/.

## II. IVF Is A Well-Established, Widely Utilized Treatment for Infertility.

IVF is a method of assisted reproduction in which a man's sperm and a woman's eggs are combined outside the body in a laboratory dish, with later implantation of the resulting embryo in the woman's uterus. While used today to treat all of the most significant types of infertility, IVF initially was developed to treat women with blocked, damaged, or absent fallopian tubes, and remains the most (if not only) effective treatment for these problems today.[2]

*Process*.[3] Before any treatment, the medical team will do a full investigation to identify the potential causes of the infertility.

In the first stage of an IVF "cycle," usually called "ovarian stimulation" or "ovarian induction," the woman takes fertility medications in an effort to cause multiple eggs to develop rather than the single egg that typically would develop in a normal menstrual cycle. The drugs are administered for an eight to fourteen day period, during which time her physician[4] monitors the development of the eggs using ultrasound and blood samples.

In up to 20 percent of cases, the cycle is cancelled at this stage, usually due to an inadequate number of follicles developing in response to the ovulation drugs. In most

---

[2]   ASRM, *Infertility: An Overview*, at 8. IVF is by far the most commonly used of the assisted reproductive technologies ("ART"), the others being gamete intrafallopian transfer ("GIFT," in which unfertilized eggs and sperm are transferred laparoscopically to the fallopian tubes through small abdominal incisions) and zygote intrafallopian transfer ("ZIFT," in which the eggs are fertilized in the lab before being surgically inserted in the fallopian tubes). In this brief, we will refer in most cases to "IVF" generically, but to be precise, some of the cited data is reported for all ART, not just IVF.

[3]   This is a summary of the process described more fully in ASRM, *Assisted Reproductive Technologies: A Guide For Patients* (2011) (available on the ASRM website).

[4]   Specialists in reproductive medicine usually undergo training in obstetrics and gynecology, followed by training in reproductive endocrinology and infertility, or in urology followed by training in andrology.

cases, however, eggs do develop and are retrieved from the ovary using a minor surgical procedure. Doctors then determine which of these eggs are mature and of the best quality, and transfer the selected eggs to an incubator, in an IVF culture medium, to await fertilization. Sperm, separated from semen, is then combined with the eggs in a process called "insemination" or, in cases where semen quality is poor, a single sperm is directly injected into each mature egg in a process called "intracytoplasmic sperm injection" ("ICSI"). About 65 to 75 percent of the mature eggs retrieved will successfully fertilize.

By the third day after fertilization, a normally developing embryo will contain six to ten cells. By the fifth day, a fluid cavity forms in the embryo, and the tissues that will become a fetus separate from the tissues that will become the placenta. Embryos may be transferred to the woman's uterus at any time between one and six days after egg retrieval, using a long, thin sterile tube with a syringe on one end, called a "catheter." ASRM has published guidelines in place regarding the number of embryos that should be implanted in any given cycle, depending on age and other patient and embryo characteristics. Those guidelines seek to maximize the chances of achieving pregnancy without unduly risking multiple births. ASRM, *Guidelines on Number of Embryos Transferred* (2009) (available on ASRM website); *2009 CDC Report*, at 25 (discussing risk of multiple births).

If successful development of a transferred embryo continues in the uterus, the embryo implants in the uterine lining approximately six to ten days after egg retrieval, and develops from that point as it would in a naturally conceived pregnancy. For purposes of federally mandated reporting of IVF success rates, pregnancy is achieved when ultrasound reveals a gestational sac in the uterus (a "clinical" pregnancy), not when

7

blood or urine samples produce a positive pregnancy test (a "chemical" pregnancy). *2009 CDC Report*, at 545.

*Prevalence*.  IVF first came to widespread public attention in 1978, with the birth of Louise Joy Brown, the first child successfully born after IVF.  The term used then was "test tube baby," which perhaps conveys the novelty of the process for most people at that time.  Almost 35 years later, though, IVF is anything but novel, exotic, or experimental; it is a mainstream, carefully monitored, and very widely used medical treatment.

One out of every hundred babies born in the United States today was conceived using IVF.  ASRM, *Oversight of Assisted Reproductive Technology*, at 4.  From SART and CDC data, we know that over 740,000 IVF/ART children have been born in the U.S. since 1985,[5] and other sources estimate five million babies worldwide since 1978. *Number of IVF Babies Passes 5m Worldwide With Demand for Techniques Still Rising*, MailOnline (July 1, 2012), http://www.dailymail.co.uk/health/article-2167509/Number-IVF-babies-passes-5m-worldwide-demand-techniques-rising-html.

In 2009 (the most recent year for CDC-published ART data), there were 484 ART clinics in the U.S., located in all but a handful of states.  *2009 CDC Report*, at 15.  Of these, 441 reported data, and in the aggregate, 146,244 IVF cycles were conducted in those clinics, resulting in the birth of 60,190 children.  *Id.*  Those figures are up substantially since 2000, when ART clinics reported 99,629 cycles and 35,025 children. *Id*. at 65.  In Indiana, 1678 cycles were reported to SART in 2009, resulting in the birth of

---

[5]   CDC began including number of babies born from ART in its 1997 publication, *Assisted Reproductive Technology Success Rates, National Clinic Reports*. Prior year data come from SART Registry Reports published in ASRM's journal, *Fertility and Sterility*.

733 children.[6] This type of data is required by the Wyden Act, and is not available with equal rigor for any other type of fertility treatment – including the "natural" methods approved by the Catholic Church, sometimes referred to as "NaPro Technology" or the "Creighton Model FertilityCare System."

On average, each IVF cycle costs about $12,400, Persky, at 27, and multiple cycles may be necessary. Insurance coverage for infertility treatment, and exceptions to that coverage, vary from state to state. In eight states, insurance companies are required either to cover or offer coverage for IVF, and in three states, coverage is mandated for medically necessary infertility treatments generally, without identification of any specific treatment.[7] Indiana is not among the states mandating coverage, but we note that Ms. Herx's visits to her fertility doctor and the anesthesia services she received as part of her IVF procedures were covered by the Diocese's self-funded health insurance plan. Complt. [Dkt. 1] ¶ 35.

Finally, from the standpoint of IVF prevalence, there is now a significant level of religious acceptance of the procedure in this country. For example, the Jewish, Muslim, and non-Catholic Christian faiths, including Mormonism, are generally tolerant and sometimes even encouraging of IVF, at least when the procedure involves married

---

[6]  *See also 2009 CDC Report*, at 264-73. By some estimates, Indiana is 32nd among the states in IVF usage (not counting cycles utilizing *donor* eggs), with 22.9 IVF cycles per 100,000 people as of 2008. Abbie Waters, *IVF Use in America: State IVF Rates and Rankings*, Fertility Nation, http://www.fertilitynation.com/united-states-of-ivf-state-ivf-rates-rankings-map-infographic/.

[7]  ASRM, *State Infertility Insurance Laws*, http://www.reproductivefacts.org/insurance.aspx; *State Laws Related to Insurance Coverage for Fertility Treatment*, National Conference of State Legislatures (Mar. 2012), http://www.ncsl.org/issues-research/health/insurance-coverage-for-infertility-laws.aspx.

couples who use their own sperm and egg cells, as it promotes the religious imperative to bear children.[8]

### III. Defendants' Position In This Case, If Accepted, Will Have A Substantial Negative Impact On Access To Safe And Effective Fertility Care.

ASRM is deeply concerned about the potential public health impact of the Defendants' position in this case.  Catholics make up a sizeable proportion of the population in this country.  The Church's thousands of institutions – its hospitals and schools, for example – are woven into the fabric of American life, in part because of the number of people they serve and employ, Catholic and non-Catholic alike.  The employees of those institutions represent an enormous population of patients, some of whom, like Ms. Herx, suffer from infertility and would face a substantial employment-based impediment to seeking effective treatment for that condition were the Defendants' position to prevail here.  ASRM is concerned about all barriers to appropriate IVF treatment, but especially so here given the number of people potentially affected.

Almost 100 million Americans, a third of the nation, were baptized Catholic; of these, over 70 million identify themselves as Catholic.[9]  Catholic charitable organizations (providing food services, counseling, clothing, housing assistance, etc.) employ nearly

---

[8] *See* Christian Medical and Dental Association, *Assisted Reproductive Technology* (Apr. 29, 2010); Sherman J. Silber, *Judaism and Reproductive Technology* (2010), available http://www.ncbi.nlm.nih.gov/pmc/articles/PMC3071555/; *In Vitro Fertilization: Islamic View,* http://www.onislam.net/english/ask-the-scholar/family/pregnancy-and-newborns/169483-in-vitro-fertilization-islamic-view.html?newborns=; The Church of Jesus Christ of Latter-Day Saints, *Handbook 2: Administering the Church*, at § 21.4.7, http://www.lds.org/handbook-2-administering-the-chuch/selected-church-policies?lang=eng#214.

[9] *The Catholic Church in America: Earthly Concerns*, The Economist (Aug. 18, 2012), available at http://www.economist.com/node/21560536/.

65,000 people.[10]  Of the nearly 5,000 community hospitals in the United States in 2010, 629 of them (12.6%) were Catholic, employing over 640,000 full-time equivalent staff.[11]  There are over 200 Catholic colleges, universities, and professional schools (*e.g.,* law, medicine, nursing, education), educating almost 950,000 students, Catholic and non-Catholic.[12]  And there are over 6,800 Catholic elementary and secondary schools, like Defendant St. Vincent DePaul School.[13]  Those schools enrolled more than two million students in the 2011-12 academic year, 15% of whom were non-Catholic, and employed over 150,000 full-time equivalent professional staff, only about three percent of whom were classified as "Religious/Clergy."[14] In all, the Church is estimated to employ ***over one million people*** in this country, *see The Catholic Church in America*, comparable to the 1.4 million employed in the U.S. by the world's largest private sector employer, Walmart.[15]

There is every reason to expect that, among these many Catholic institution employees, not only is infertility just as prevalent as it is in the larger community, but so is the demand for IVF treatment as an option for treating that condition.  For one thing,

---

[10]  Catholic Charities USA, *Catholic Charities At A Glance* (2012), http://www.catholiccharitiesusa.org/document.doc?id=2853.

[11]  *Fast Facts: Care Provided by Catholic Hospitals*, Catholic Health Association of the United States, http://www.chausa.org/Pages/Newsroom/Fast_Facts/.

[12]  *Catholic Higher Education*, Association of Catholic Colleges and Universities, http://www.accunet.org/i4a/pages/index.cfm?pageid=3789.

[13]  Dale McDonald & Margaret M. Schultz, *Catholic School Data: United States Catholic Elementary and Secondary Schools 2011-2012*, National Catholic Educational Association, http://www.ncea.org/news/annualdatareport.asp.

[14]  *Id.*

[15]  *World's 10 Biggest Employers*, CNBC.com, http://www.cnbc.com/id/44622153/World_s_10_Biggest_Employers?slide=11.

these institutions employ large numbers of people who are not Catholic at all, let alone Catholic clergy, and who therefore have no inherent allegiance to the Church's positions on IVF.  As to employees who are Catholic, while ASRM is not aware of any studies directed specifically to IVF use by Catholic patients, there is strong anecdotal evidence from the Church itself that it is common.

For example, in an article published by the National Catholic Bioethics Center in 2005, Fr. Tad Pacholczyk wrote that:

> When I give talks about [IVF], I usually ask my audience the following question: 'How many of you know a baby born by IVF, or know a couple who has tried to get pregnant this way?'  Usually about half the hands in the room go up.  Then I ask them to raise their hands if the couple was Catholic.  Virtually all the same hands go up a second time.  I have the sense that *Catholics are making use of IVF at about the same rate as non-Catholics*, and that most of them are only vaguely aware of the Church's position on making test tube babies.

Rev. Tadeusz Pacholczyk, *Babies in Test Tubes*, National Catholic Bioethics Center, (Dec. 2005), http://www.ncbcenter.org/page.aspx?pid=278 (emphasis added).  In communications with its priests, Church representatives also have publicly acknowledged that "*Catholic couples make use of IVF with great frequency*," citing the "very high incidence of infertility in our society," the "natural desire of married couples for children," and the fact that IVF is "probably the most common approach for overcoming infertility in our day."  John M. Haas, *Preaching Points on In Vitro Fertilization*, National Catholic Bioethics Center (September 2007), *available at* http://www.ncbccenter.org/document.doc?id=8 (emphasis added).

One could even argue that married religious couples experiencing infertility are *more* motivated to pursue IVF than couples who are not religious given the imperative in many faiths to produce children.  *See* Arthur Griel, *et al.*, *Specifying the Effects of*

12

*Religion on Medical Helpseeking: The Case of Infertility*, 71 Social Science & Medicine 734-42, at 736, 640 (2010) (finding evidence that, in decisions about seeking medical attention for infertility, potential religious concerns about infertility treatment are roughly offset by parenthood as a strong religious value).

At the same time, there is good reason to question the extent to which the Church consistently communicates and enforces its positions on IVF. A research director for the National Catholic Bioethics Center, for example, is quoted as saying that, "from our consultation experience here, Catholics using reproductive technologies are generally unaware of the Church's moral teaching in this area" and that "[t]hey're not hearing it from the pulpit or elsewhere." Tim Drake, *Couples Ask: What's Wrong With In-vitro Fertilization?*, Catholic.net, http://www.catholic.net/index.php?option=dedestaca&id=3322. The topic is sensitive because it is personal and because, as the Church recognizes, those who seek IVF treatment are doing it for what the Church considers a good reason, to have children.[16]

Consistent with that observation, Ms. Herx's Complaint describes a situation in which she, as a Catholic school employee with no religious teaching or ministerial

---

[16] *See also* Haas (in IVF "preaching points," stressing that "[s]exual topics should be dealt with delicately," that "[t]here is no need to go into too much detail about how the sex cells are obtained," and that these topics are best addressed in limited audiences or counseling situations); John M. Haas, *Begotten Not Made: A Catholic View of Reproductive Technology,* United States Conference of Catholic Bishops, http://www.old.usccb.org/prolife/programs/rlp/98rlphaa.shtml:

> It is quite legitimate, indeed praiseworthy, to try to find ways to overcome infertility. The problem causes great pain and anguish for many married couples. Since children are a wonderful gift of marriage, it is a good thing to try to overcome the obstacles which prevent children from being conceived and born.
>
> ***
> The immorality of conceiving children through IVF can be difficult to understand and accept because the man and woman involved are usually married and trying to overcome a 'medical' problem (infertility) in their marriage.

responsibilities, for over two years felt no pressure to keep her IVF treatment secret from her colleagues and supervisors, was for a time actually *encouraged* in her efforts to have children of her own through IVF, and received insurance coverage from her self-insured employer for those efforts, only to be surprised later when told that she was a "grave, immoral sinner" and that it would have been better to have kept her situation private. Complt. [Dkt. 1] ¶¶ 8-36.  It is also significant that the highest-ranking Church official that Ms. Herx dealt with on this matter, Msgr. Kuzmich, did not terminate her immediately, but allowed her to finish the academic year, and admitted to needing to do more research about IVF and its implications for her job, as he "did not know much about this." *Id.* ¶ 22.

On those facts, which must be taken as true at this stage, it is difficult to know whether we are dealing with a consistently communicated and enforced "teaching" about IVF, or something else.  In other words, was the conduct being punished in this case a type of medical treatment that is not and can never be tolerated under Church law (as Defendants apparently contend), or is it among those transgressions of religious doctrine that in fact *are* tolerated on a case-by-case basis, depending in part on who the alleged transgressor is and whether she has created the potential for "scandal" (*id.*) by speaking openly about what she has done?

Among those suffering from infertility, there is the potential for real confusion, too, even if the Church's anti-IVF message is delivered clearly.  In particular, the Church's objection to IVF is often framed as a concern that it replaces an act of marital love with "petri dishes and test tubes." Pacholczyk, *Babies in Test Tubes*.  To be sure, IVF babies are not conceived through sexual intercourse, but the rhetoric goes too far

when it suggests that the necessary clinical aspects of this process are anything but incidental to the deep human love and commitment that motivates couples to undertake it. On the contrary, as ASRM advises couples undergoing IVF, the process is a difficult one, fraught with anxiety and stress on their relationship, procedures that open their bodies and sexuality to detailed examination by strangers, that are expensive and time-consuming, and that may lead to multiple births that will test the couple in all sorts of ways for years to come. Couples do not often go down this difficult path[17] without faith in and commitment to one another, and they would be difficult to persuade that what they are doing is anything but an act of love for each other and the children they hope to have together.

## **Conclusion**

For these reasons, ASRM respectfully submits that this is a case that calls out for careful deliberation on a full evidentiary record, not summary disposition at the pleading stage. The implications for persons not before the Court are significant. In particular, enforcement of the so-called "morality clause" in the teaching contract at issue cannot help but put a large number of patients in fear for their jobs, practically foreclosing access

---

[17] From ASRM's *Assisted Reproductive Technologies:  A Guide for Patients*, at 17-18 (available on the ASRM website):

> Assisted reproductive technologies involve significant physical, financial, and emotional commitments on the part of the couple.  Psychological stress is common, and some couples describe the experience as an emotional roller coaster.  The treatments are involved and costly.  Patients have high expectations, yet failure is common in any given cycle.  Couples may feel frustrated, angry, isolated, and resentful.  At times, frustration can lead to depression and feelings of low self-esteem, especially in the immediate period following a failed ART attempt.  The support of friends and family members is very important at this time.  Couples are encouraged to consider psychological counseling as an additional means of support and stress management.  Many ART programs have a mental health professional on staff to help couples deal with the grief, tension, or anxieties associated with infertility and its treatment.

to an effective, well-regulated treatment for their infertility. Infertility is a common and psychologically damaging affliction that affects the "major life activity" of reproduction. *Bragdon v. Abbott*, 524 U.S. 624, 638 (1998) (concluding "with little difficulty" that reproduction is a "major life activity" within the meaning of the ADA). Given these high stakes, every effort should be made to test, not only the proper legal scope of the ministerial exceptions that the Defendants urge, but also the facts surrounding their decision to terminate Ms. Herx, including the sincerity of the stated reasons and the consistency of that decision with Defendants' treatment of other employees similarly situated. We respectfully submit that this Court should be in no hurry to make a decision that could put thousands of people employed by Catholic institutions to a choice between their livelihood and their medical well-being. The Defendants' motion for judgment on the pleadings should be denied.

                                           Respectfully submitted,

                                           /s/  John M. Faust
                                           John M. Faust (DC Bar No. 433553)
                                           Law Office of John M. Faust, PLLC
                                           1325 G Street, NW
                                           Suite 500
                                           Washington, DC 20005
                                           (202) 449-7707
                                           john@johnfaustlaw.com

September 17, 2012

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically on the 17th day of September, 2012. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system, who may access this filing through the Court's system:

Scott Hall
Hall & Gooden LLP
shall@hallgooden.com

John C. Theisen
Theisen Bowers & Associates, LLC
jtheisen@tbalawyers.com

Kathleen A. DeLaney
Sarah E. Caldwell
DeLaney & DeLaney LLC
Kathleen@delaneylaw.net
scaldwell@delaneylaw.net

    /s/ John M. Faust
John M. Faust