UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| EMILY HERX, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CAUSE NO. 1:12cv122RLM |
| ) | |
| DIOCESE OF FORT WAYNE- ) | |
| SOUTH BEND INC. ) | |
| ) | |
| Defendant ) | |

O R D E R

After reviewing parties' submissions of July 9 and July 16 (docs. 248 and 249), and finding that the plaintiff indicates she will accept a remittitur, the court DIRECTS the clerk to enter judgment for the plaintiff and against the defendant in the total sum of $403,607.33, consisting of $403,606.33 in compensatory damages and $1 in punitive damages.

SO ORDERED.

ENTERED:   August 6, 2015

/s/ Robert L. Miller, Jr.
Robert L. Miller, Jr., Judge
United States District Court