UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |  | |
|---|---|---|---|
| EMILY HERX, | ) | | |
| | ) | | |
| Plaintiff | ) | | |
| | ) | | |
| vs. | ) | CAUSE NO. 1:12-CV-122 RLM | |
| | ) | | |
| DIOCESE OF FORT WAYNE- | ) | | |
| SOUTH BEND, INC., | ) | | |
| | ) | | |
| Defendant | ) | | |

ORDER RELEASING RESTRICTION ON ACCOUNT

TO:  1st Source Bank
     200 E. Main St., Ste. 100
     Fort Wayne, IN 46802

RE:  Account ending in -559
     Account Holder:  Diocese of Fort Wayne-South Bend
     Account Balance as of 10/5/2015:  $444,184.16.

The court GRANTS the parties' joint motion [docket # 268] and DIRECTS 1st Source Bank to remove any and all restrictions on withdrawals or other activity from the above- referenced Account ending in -559.

SO ORDERED.

ENTERED:   November 6, 2015

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana