UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| EMILY HERX, )<br>)<br>)<br>    Plaintiff, )<br>   v. )<br> )<br>DIOCESE OF FORT WAYNE- )<br>SOUTH BEND, INC., )<br> )<br> )<br>    Defendant. ) | CAUSE NO. 1:12-CV-122-RLM |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

With the consent of all parties and pursuant to Fed. R. Civ. P. 41(a)(1)(b), this action is hereby dismissed with prejudice. All parties shall bear their own attorneys' fees and expenses of this action.

This 10th day of November, 2015.

Stipulated by:

| DELANEY & DELANEY LLC | BARRETT MCNAGNY LLP |
|---|---|
| By: */s/ Kathleen A. DeLaney*<br>    Kathleen A. DeLaney (#18604-49)<br>    3646 Washington Blvd.<br>    Indianapolis, IN 46205<br>    Phone: (317) 920-0400<br>    Fax: (317) 920-0404 | By: */s/ Cathleen M. Shrader* (per consent)<br>    Cathleen M. Shrader (#18159-02)<br>    215 East Berry St.<br>    Fort Wayne, IN 46802<br>    Phone: (260) 423-9551<br>    Fax: (260) 423-8920 |
| *Attorneys for Emily Herx* | *Attorneys for the Diocese of*<br>*Fort Wayne-South Bend, Inc.* |