# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

**EMILY HERX**

*Plaintiff*

v.                                          Civil Action No.    1:12cv122

**DIOCESE OF FORT WAYNE-SOUTH BEND INC**    )
   Defendant                                )
                                            )
**ST VINCENT DE PAUL SCHOOL**               )
*TERMINATED: 12/03/2014*   Defendant        )

**AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE**   Amicus

**AMERICAN CIVIL LIBERTIES UNION**   Amicus

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X  other:   case is DISMISSED with prejudice with the parties to bear their own fees and cost.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X  decided by Judge   Robert L Miller                          on a _____

Date:　　Nov 12, 2015　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Marijana Ciric

　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*